1  Charles A. Hansen, Bar No. 76679
   Gregory K. Jung, Bar No. 203350
2  WENDEL, ROSEN, BLACK & DEAN LLP
   1111 Broadway, 24th Floor
3  Oakland, California 94607-4036
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys for Plaintiff
   Yolande L. Jurzykowski
6
   Mark E. McKeen, Bar No. 130950
7  T. Lee Kissman, Bar No. 233434
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street
   Twenty-Fourth Floor
9  San Francisco, California 94105-3441
   Telephone: (415) 856-7000
10 Facsimile: (415) 856-7100

11 Attorneys for Defendant
   Chevys Restaurants, LLC
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 | YOLANDE L. JURZYKOWSKI, an | Case No. C-06-04835 MHP
   | individual,                |
18 |                            | [PROPOSED] ORDER APPROVING
   |         Plaintiff,         | STIPULATION FOR DISMISSAL
19 |                            |
   |    vs.                     |
20 |                            |
   | CHEVYS RESTAURANTS, LLC, a |
21 | Delaware limited liability company, |
22 |         Defendant.         |

1   The Stipulation for Dismissal by the parties is hereby approved by the Court, and this
2   action is hereby dismissed with prejudice.
3   IT IS SO ORDERED.

4
5   Dated: April 13, 2007 _____



Hon. _____ Patel
Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

LEGAL_US_W # 56032890.1

CASE NO. C-06-04835 (MHP)                - 1 -                [PROPOSED] ORDER APPROVING
                                                              STIPULATION FOR DISMISSAL